| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania | | NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Timothy M. Zabielski | Case Number:<br><br>5:2019-bk-00498 | |
| Name of Creditor:<br><br>Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br><br>Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>P.O. Box 1629<br>Minneapolis, MN 55440-9790<br>Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>Wells Fargo Bank, N.A.<br>MAC N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>Wells Fargo Bank, N.A.<br>Attention: Payment Processing<br>MAC F2302-04C<br>1 Home Campus<br>Des Moines, IA 50328<br>Telephone Number: 800-274-7025 | | _ Check this box if you are changing the address that payments will go to. |
| 1.  Account Number: **0666  UCID: WFCMGF1900498PAM09370666** | | _ Check this box if the account number has changed. |
| 2.  Court Claim Number: **3** | | |
| 3.  Signature:<br><br>**Check the appropriate box.**<br>  X  **I am the creditor.**<br>      **I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)**<br>      **I am the trustee, or the debtor.**<br>      **I am a guarantor, surety, endorser, or other codebtor.**<br><br>By:   /s/ Maranda Henderson Braswell          Date: 01/03/2022<br>        VP Loan Documentation | | |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:            CASE NO.:    19-00498

**Timothy M. Zabielski**          CHAPTER:    13

**Debtor(s).**

_____ /

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 03, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*            *By U.S. Postal Service First Class Mail Postage Prepaid:*

Timothy M. Zabielski
106 McLean St
Dupont, PA 18641-1323

*Debtor's Attorney:*        *By CM / ECF Filing:*

David J. Harris
69 Public Square, Suite 700
Wilkes-Barre, PA 18701

*Trustee:*           *By CM / ECF Filing:*

Jack N Zaharopoulos (Trustee)
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley
_____

InfoEx, LLC
(as authorized agent for Wells Fargo Bank, N.A.)