**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Timothy M. Zabielski aka Timothy Michael Zabielski<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F<br>　　　　　　　Movant<br>vs. | NO. 19-00498 MJC<br><br>11 U.S.C. Section 362 |
| Timothy M. Zabielski aka Timothy Michael Zabielski<br>　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　　Trustee | |

**CERTIFICATE OF NON-CONCURRENCE**

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant