# EXHIBIT D

Rev. 09/01/14

## LOCAL BANKRUPTCY FORM 4001-1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy M. Zabielski aka Timothy Michael Zabielski<br>Debtor(s)<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F     Moving Party<br>vs.<br><br>Timothy M. Zabielski aka Timothy Michael Zabielski<br>Debtor(s)<br><br>Jack N. Zaharopoulos<br>Trustee | CHAPTER 13<br><br>NO. 19-00498 MJC |

### POST-PETITION PAYMENT HISTORY
### NOTE AND MORTGAGE DATED AUGUST 23, 2005

Mortgage Recorded on October 19, 2005, in Luzerne County, in Book 3005, at Page 275703.

**Property Address:**
106 MCLEAN ST, DUPONT, PA 18641-1323

**Mortgage Servicer**
Bank of America, N.A., successor by merger to BAC Home Loans Servicing, LP

**Post Petition mailing address for Debtor(s) to send payments:**

Bank of America, N.A.
PO BOX 660933
Dallas, TX 75266-0933

**Mortgagor(s)/Debtor(s):**

Timothy M. Zabielski aka Timothy Michael Zabielski

**Payments are contractually due:**     Monthly _X_    Semi-Monthly ___    Bi-Weekly ___   Other ___

**Monthly Payment is comprised of:**
Principal & Interest:      $ 288.08 _____

R.E. Taxes: $_____
Insurance: $_____
Late Charge: $0.00_____
Other: $_____ (Specify:$_____)
**TOTAL:** $ 288.08_____

## POST PETITION PAYMENTS (Petition was filed on February 05, 2019)

| Payment amount due | Date payment was due | Date Payment Was Received | Amount Received | Check Number | How Pymt Was Applied (mo/yr) |
|---|---|---|---|---|---|
| | | 4/16/2019 | $351.00 | | To Suspense |
| $369.99 | 2/25/2019 | 5/5/2019 | $370.00 | | 2/2019 |
| $350.03 | 3/25/2019 | 5/5/2019 | From Suspense | | 3/2019 |
| | | 6/4/2019 | $365.00 | | To Suspense |
| | | 7/2/2019 | $368.00 | | To Suspense |
| $369.99 | 4/25/2019 | 7/2/2019 | From Suspense | | 4/2019 |
| $362.73 | 5/25/2019 | 7/2/2019 | From Suspense | | 5/2019 |
| | | 7/30/2019 | $360.00 | | To Suspense |
| | | 9/6/2019 | $365.00 | | To Suspense |
| $367.65 | 6/25/2019 | 9/6/2019 | From Suspense | | 6/2019 |
| $359.82 | 7/25/2019 | 10/3/2019 | $365.00 | | 7/2019 |
| | | 11/22/2019 | $351.00 | | To Suspense |
| $364.92 | 8/25/2019 | 11/22/2019 | From Suspense | | 8/2019 |
| | | 12/11/2019 | $350.00 | | To Suspense |
| $363.50 | 9/25/2019 | 12/11/2019 | From Suspense | | 9/2019 |
| | | 1/12/2020 | $338.00 | | To Suspense |
| $350.52 | 10/25/2019 | 1/12/2020 | From Suspense | | 10/2019 |
| | | 2/2/2020 | $342.07 | | To Suspense |
| $349.66 | 11/25/2019 | 2/2/2020 | From Suspense | | 11/2019 |
| $337.93 | 12/25/2019 | 3/29/2020 | $341.00 | | 12/2019 |
| | | 3/30/2020 | $328.00 | | To Suspense |
| $342.07 | 1/25/2020 | 3/30/2020 | From Suspense | | 1/2020 |
| | | 5/3/2020 | $339.00 | | To Suspense |
| $340.45 | 2/25/2020 | 5/3/2020 | From Suspense | | 2/2020 |
| | | 6/4/2020 | $301.00 | | To Suspense |

| | | | | | |
|---|---|---|---|---|---|
| $327.62 | 3/25/2020 | 6/4/2020 | From Suspense | | 3/2020 |
| | | 7/8/2020 | $305.00 | | To Suspense |
| $338.70 | 4/25/2020 | 7/8/2020 | From Suspense | | 4/2020 |
| | | 8/28/2020 | $300.00 | | To Suspense |
| $300.65 | 5/25/2020 | 8/28/2020 | From Suspense | | 5/2020 |
| | | 9/22/2020 | $304.00 | | To Suspense |
| $304.38 | 6/25/2020 | 9/22/2020 | From Suspense | | 6/2020 |
| | | 10/19/2020 | $0.24 | | To Suspense |
| $299.11 | 7/25/2020 | 10/19/2020 | $302.76 | | 7/2020 |
| | | 11/19/2020 | $25.35 | | To Suspense |
| | | 11/19/2020 | $272.65 | | To Suspense |
| $303.01 | 8/25/2020 | 11/19/2020 | From Suspense | | 8/2020 |
| | | 12/29/2020 | $301.00 | | To Suspense |
| $302.76 | 9/25/2020 | 12/29/2020 | From Suspense | | 9/2020 |
| | | 1/30/2021 | $263.28 | | To Suspense |
| $297.36 | 10/25/2020 | 1/30/2021 | From Suspense | | 10/2020 |
| | | 1/30/2021 | $32.18 | | To Suspense |
| | | 3/12/2021 | $204.75 | | To Suspense |
| $300.79 | 11/25/2020 | 3/12/2021 | From Suspense | | 11/2020 |
| | | 3/12/2021 | $95.25 | | To Suspense |
| | | 3/27/2021 | $152.50 | | To Suspense |
| $295.46 | 12/25/2020 | 3/27/2021 | From Suspense | | 12/2020 |
| | | 3/27/2021 | $147.50 | | To Suspense |
| | | 4/30/2021 | $74.24 | | To Suspense |
| $299.21 | 1/25/2021 | 4/30/2021 | From Suspense | | 1/2021 |
| | | 4/30/2021 | $211.76 | | To Suspense |
| | | 5/25/2021 | $19.45 | | To Suspense |
| | | 5/25/2021 | $283.55 | | To Suspense |
| $294.54 | 2/25/2021 | 5/25/2021 | From Suspense | | 2/2021 |
| $285.30 | 3/25/2021 | 6/23/2021 | $325.00 | | 3/2021 |
| | | 7/22/2021 | $270.19 | | To Suspense |
| $302.25 | 4/25/2021 | 7/22/2021 | From Suspense | | 4/2021 |
| | | 7/22/2021 | $19.81 | | To Suspense |
| | | 8/11/2021 | $200.20 | | To Suspense |

| | | | | | |
|---|---|---|---|---|---|
| $322.49 | 5/25/2021 | 8/11/2021 | From Suspense | | 5/2021 |
| | | 8/11/2021 | $99.80 | | To Suspense |
| | | 9/17/2021 | $150.17 | | To Suspense |
| $287.23 | 6/25/2021 | 9/17/2021 | From Suspense | | 6/2021 |
| | | 9/17/2021 | $149.83 | | To Suspense |
| $298.98 | 7/25/2021 | 10/15/2021 | $300.00 | | 7/2021 |
| | | 11/9/2021 | $290.00 | | To Suspense |
| $293.99 | 8/25/2021 | 11/9/2021 | From Suspense | | 8/2021 |
| | | 12/6/2021 | 290.00 | | To Suspense |
| $293.22 | 9/25/2021 | 12/6/2021 | From Suspense | | 9/2021 |
| $288.44 | 10/25/2021 | 1/9/2022 | $300.00 | | 10/2021 |
| $287.52 | 11/25/2021 | 2/8/2022 | $290.00 | | 11/2021 |
| | | 3/6/2022 | $290.00 | | To Suspense |
| $290.55 | 12/25/2021 | 3/6/2022 | From Suspense | | 12/2021 |
| | | 4/5/2022 | $276.00 | | To Suspense |
| $289.67 | 1/25/2022 | 4/5/2022 | From Suspense | | 1/2022 |
| | | 5/5/2022 | $287.00 | | To Suspense |
| $288.63 | 2/25/2022 | 5/5/2022 | From Suspense | | 2/2022 |
| $275.70 | 3/25/2022 | 06/15/2022 | $286.00 | | 03/2022 |
| $286.36 | 4/25/2022 | | $0.00 | | |
| $285.21 | 5/25/2022 | | $0.00 | | |
| $288.08 | 6/25/2022 | | $0.00 | | |
| **Total Due: $12,956.47** | | **Total Received: $12,353.50** | | **Arrears: $602.94** | |

(Post-petition partial balance : **$256.71**)

**TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3** as of July 07, 2022.

**TOTAL AMOUNT OF POST-PETITION ARREARS: $602.94** as of July 07, 2022.

Dated: 7/11/2022

Bank of America, N.A.
Mortgage Company

*Marcia Aida Thomas* (signature)

Marcia Aida Thomas, Assistant Vice President
(Print Name and Title)