IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Timothy M. Zabielski aka Timothy Michael Zabielski<br>Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F    Movant<br>vs.<br>Timothy M. Zabielski aka Timothy Michael Zabielski<br>Debtor(s)<br>Jack N. Zaharopoulos<br>Trustee | NO. 19-00498 MJC<br><br>11 U.S.C. Section 362 |

## CERTIFICATE OF SERVICE

I, Rebecca A. Solarz, attorney for Movant, do hereby certify that true and correct copies of the foregoing Motion of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F for Relief From Automatic Stay and notice of motion, response deadline and hearing date have been served on July 12, 2022, by first class mail, and/or electronic means upon those listed below:

Debtor(s)
Timothy M. Zabielski aka Timothy Michael Zabielski
106 McLean Street
Dupont, PA 18641-1323

Attorney for Debtor(s)
David J. Harris, Esq.
69 Public Square, Suite 700 (VIA ECF)
Wilkes-Barre, PA 18701

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Suite A
Hummelstown, PA 17036

Office of the US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

Date: July 12, 2022

/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
Attorneys for Movant/Applicant
Main Phone #: 215-627-1322