**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail: dh@lawofficeofdavidharris.com**

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY M. ZABIELSKI | : | Chapter 13 |
| | : | Case No.: 5:19-bk-00498-MJC |
| Debtor | : | |

## OBJECTION OF DEBTOR TO THE TRUSTEE'S CERTIFICATE OF DEFAULT OF MAY 9, 2024

The Debtor, TIMOTHY M. ZABIELSKI, by and through his counsel, David J. Harris, Esquire, objects to the Certificate of Default filed by the Trustee on May 9, 2024, as he mailed a check to the Trustee on Friday, May 3, 2024 to cure the arrearage owed as of April and mailed a check for $160.00 to cure the amount owed for May.

WHEREFORE, the Debtor respectfully requests that this Honorable Court deny the relief sought by Trustee by filing its Certificate of Default filed by the Trustee on May 9, 2024.

                                          RESPECTFULLY SUBMITTED

Dated: May 9, 2024             By:   /s/ David J. Harris_____
      Wilkes-Barre, Pennsylvania               DAVID J. HARRIS, ESQUIRE