UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY M. ZABIELSKI       : CHAPTER 13
        Debtor                                    :
                                             :

JACK N. ZAHAROPOULOS       :
STANDING CHAPTER 13 TRUSTEE  :
        Movant                                 :
                                           :
       vs.                                       :
                                           :

TIMOTHY M. ZABIELSKI         :
        Respondent                     : CASE NO.  5-19-bk-00274

## <u>CERTIFICATE OF CONCURRENCE</u>

AND NOW, this 29th day of May, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his Attorney, Agatha R. McHale, Esquire, and certifies that Debtor(s) Attorney, David J. Harris, Esquire, concurs with the Trustee's Withdrawal of the Certificate of Default filed on or about May 9, 2024.

Respectfully submitted,


<u>/s/Agatha R. McHale, Esquire</u>
Attorney ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: amchale@pamd13trustee.com