# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY M. ZABIELSKI
AKA: TIMOTHY MICHAEL ZABIELSKI

    Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

TIMOTHY M. ZABIELSKI
AKA: TIMOTHY MICHAEL ZABIELSKI

CASE NO: 5-19-00498-MJC

    Respondent(s)

## WITHDRAWAL OF CERTIFICATE OF DEFAULT

AND NOW, on May 29, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, and requests that the Certificate of Default filed on May 9, 2024, be withdrawn. The Trustee's concerns are now satisfied.

    Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY M. ZABIELSKI
AKA: TIMOTHY MICHAEL
ZABIELSKI

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

TIMOTHY M. ZABIELSKI
AKA: TIMOTHY MICHAEL
ZABIELSKI

Respondent(s)

CHAPTER 13

CASE NO: 5-19-00498-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 29, 2024, I served a copy of this Withdrawal on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically
DAVID J. HARRIS, ESQUIRE
69 PUBLIC SQUARE
SUITE 700
WILKES-BARRE PA 18701-

OFFICE OF THE UNITED STATES TRUSTEE
5501 NORTH 6TH STREET
BOX 302
HARRISBURG PA 17102

Served by First Class Mail
TIMOTHY M. ZABIELSKI
106 MCLEAN ST
DUPONT PA 18641-1323

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 29, 2024

/s/ Tammy Life
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com