**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**67-69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:** dh@lawofficeofdavidharris.com

---

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY M. ZABIELSKI | : | Chapter 13 |
| | : | Case No.: 5:19-bk-00498-RNO |
| Debtor | : | |

---

## CERTIFICATE OF SERVICE
---

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 11th day of July, 2024, I served by First Class Mail a true and correct copy of the of the attached Notice of Sale upon the creditors and parties in interest listed on the attached matrix.

I certify under penalty of perjury that the foregoing is true and correct.

                                                                  RESPECTFULLY SUBMITTED:

Dated: July 12, 2024                      By:    /s/ David J. Harris_____
        Wilkes-Barre, Pennsylvania                          DAVID J. HARRIS, ESQUIRE

**DAVID J. HARRIS, ESQUIRE**
ATTORNEY FOR DEBTORS
Pa. S. Ct. No. 48558
FL Bar No.: 0451207

LAW OFFICE
67-69 Public Square, Suite 700
Wilkes-Barre, PA 18701
Telephone (570) 823-9400
Facsimile (570) 208-1400
E-Mail dh@lawofficeofdavidharris.com
_____
_____

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY M. ZABIELSKI | : | Chapter 13 |
| | : | Case No.: 5:19-bk-00498-MJC |
| Debtor | : | |

_____

### NOTICE OF SALE OF REAL ESTATE UNDER 11 U.S.C. §363(b)
_____

  This is to provide you with notice that the Debtor in the captioned case intends to sell certain real estate under Bankruptcy Code Section 363(b). In accordance with the local rules of bankruptcy procedure, you are notified of the following:

  1. The Debtor is TIMOTHY M. ZABIELSKI. He and his siblings, Jeffrey Zabielski and Nicole Boice recently inherited certain real estate located in Florida, which they intend to sell as described below.

  2. If there are no objections to the sale, settlement of the sale shall occur promptly following the expiration of 21 days from the date of service of this Notice, pursuant to the terms and conditions of a an "As Is" Residential Contract for Sale and Purchase, a copy of which can be procured from the undersigned by contacting him at the address and/or phone number or email address in the header of this Notice.

  3. The real estate that is subject to sale is improved real estate commonly known as 1261 Colley Road Starke, FL ("Real Estate"). It is described as Bradford County Tax ID # 04426-0-00202 (12271)

4. The Real Estate may be examined prior to sale at any time within twenty-one (21) days from the date of this Notice by contacting the Debtor's counsel at the address and/or telephone number set forth above the caption of this Notice.

5. The Debtor and his two co-owners intend to sell the Real Estate for the sum of Two Hundred Forty Thousand and 00/100 Dollars ($240,000.00). The Debtor believes that this price represents the fair market value of the property. The sale has not been, and will not be, subject to higher and better bids. The purchaser of the Real Estate is Pretina Hutchinson Ross. She is not related to the Debtor or the co-owners, nor does she have any affiliation of any kind with him and his wife.

6. The Debtor seeks to effectuate the sale of the Real Estate pursuant to Section 363 of the Bankruptcy Code and pay from the net sales proceeds thereof typical closing costs and a sufficient portion of the balance to the Chapter 13 Trustee to enable the Debtor to "full pay" his chapter 13 plan, subject to the right to object to existing claims of record.

7. The last date by which objections to the sale shall be filed with the Court, shall be August 1, 2024. ANSWERS OR OBJECTIONS ARE TO BE FILED WITH THE CLERK, U.S. Bankruptcy Court, Max Rosenn United States Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701 and WITH A COPY ALSO SERVED ON THE UNDERSIGNED COUNSEL. If you do not file an Answer or Objection on or prior to August 1, 2024, the sale will be take place.

8. Inquiries regarding the sale may be directed to the Debtor's counsel at the address and/or telephone number set forth above the caption of this Notice. The "As Is" Residential Contract for Sale and Purchase will be made available by contacting the Debtor's counsel as well.

Dated:  July 11, 2024                     /s/ DAVID J. HARRIS, ESQUIRE
                                          Counsel to the Debtor

Label Matrix for local noticing
0314-5
Case 5:19-bk-00498-MJC
Middle District of Pennsylvania
Wilkes-Barre
Thu Jul 11 14:30:08 EDT 2024

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

(p)ATLAS ACQUISITIONS LCC
492C CEDAR LANE SUITE 442
TEANECK NJ 07666-1713

BANK OF AMERICA, N.A.
PO Box 31785
TAMPA, FL 33631-3785



WELLS FARGO BANK, N.A.
C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE
8 NESHAMINY INTERPLEX DRIVE SUITE 215
TREVOSE, PA 19053-6980





Ally Bank
PO Box 130424
Roseville, MN 55113-0004

Ally Financial
PO Box 9001951
Louisville, KY 40290-1951

Bank Of New York Mellon
240 Greenwich St
New York, NY 10007-2470

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-2321

Cavalry SPV I, LLC
520 Fellowship Rd., C306
Appothaker & Associates, PC
Mount Laurel, NJ 08054-3410

Credit One Bank
PO Box 60500
City Of Industry, CA 91716-0500

Direct TV
P. O. Box 78626
Phoenix, AZ 85062-8626

HSBC Bank Nevada USA NA
HSBC Bank Nevada USA NA
1111 N Town Center Dr
Las Vegas, NV 89144-6364

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587





Moses Taylor Hospital
PO Box 88107
Chicago, IL 60680-1107

Phelan Hallinan Diamond And Jones
One Penn Center Plaza
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103-1814

Pinnacle Credit Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Radius Global Solutions LLC
PO Box 390846
Minneapolis, MN 55439-0846

Receivables Performance Management
20816 44th Avenue W
Lynnwood, WA 98036-7744

Rita M. Tinsley, LCSW
1141 Clay Ave
Dunmore, PA 18510-1191

SANTANDER CONSUMER USA
P.O. Box 560284
Dallas, TX 75356-0284

THE BANK OF NEW YORK MELLON FKA THE BANK
Bank of America
PO BOX 31785
Tampa FL 33631-3785

Wells Fargo Bank, N.A.
MAC N9286-01Y
PO Box 1629
Minneapolis, MN 55440-1629

Wells Fargo Bank, N.A.
PO Box 14411
Des Moines, IA 50306-3411



The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)THE BANK OF NEW YORK MELLON FKA THE BANK O      (u)THE BANK OF NEW YORK MELLON FKA THE BANK O      End of Label Matrix
                                                   c/o                                                Mailable recipients    32
                                                   McCabe, Weis                                       Bypassed recipients     5
                                                                                                      Total                  37
```