**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**67-69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:     dh@lawofficeofdavidharris.com**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY M. ZABIELSKI            :        Chapter 13
                                :        Case No.:  5:19-bk-00498-RNO
            Debtor              :

---

## CERTIFICATE OF SERVICE

---

I, DAVID J. HARRIS, ESQUIRE, do hereby certify that on the 22nd day of August, 2024, I served by First Class Mail a true and correct copy of the of the attached Notice of Objection to Claim and an Objection to Claim upon **SANTANDER CONSUMER USA, INC.** at the following address:

**SANTANDER CONSUMER USA, INC.**
**ATTN: ABEL MARIN**
**P.O. BOX 961245**
**FORTH WORTH, TX 76161**


I certify under penalty of perjury that the foregoing is true and correct.


                                        RESPECTFULLY SUBMITTED:


Dated:  August  22, 2024                By:    /s/ David J. Harris_____
        Wilkes-Barre, Pennsylvania             DAVID J. HARRIS, ESQUIRE

**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.:  0451207**

**67- 69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile:  (570) 208-1400**
**E-Mail:     dh@lawofficeofdavidharris.com**

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIMOTHY M. ZABIELSKI, | : | Case No.:  5:19-bk-00498 |
| | : | Chapter 13 |
| Debtor | : | |

---

| | | |
|---|---|---|
| TIMOTHY M. ZABIELSKI | : | |
| | : | |
| Objector | : | |
| v. | : | |
| | : | |
| SANTANDER CONSUMER USA, INC. | : | |
| | : | |
| | : | |
| Claimant | : | |

---

## OBJECTION OF DEBTOR TO CLAIM
## OF SANTANDER CONSUMER USA, INC.

---

The Debtor, TIMOTHY M. ZABIELSKI., by and through his counsel, David J. Harris, Esquire, objects to the claim of SANTANDER CONSUMER USA, INC. ("Santander") as reflected by Santander's Proof of Claim designated as claim #2 on the docket of the above bankruptcy case ("Proof of Claim"), for the following reasons:

A. Santander filed a Proof of Claim on February 21, 2019 asserting an unsecured claim of $8,314.04.

Rev. 05/16/19

## LOCAL BANKRUPTCY FORM 3007-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
TIMOTHY M. ZABIELSKI      :      **CHAPTER** __13__

     : 

     :      **CASE NO.** _5_-_19_-bk-_00498_____

     :

**Debtor(s)**      :
TIMOTHY M. ZABIELSKI      :

     :

**Objector**      :
**v.**      :
SANTANDER CONSUMER USA INC.      :

     :

**Claimant**      :

**TO:** _SANTANDER CONSUMER USA INC._____ (**"Claimant"**)

### NOTICE OF OBJECTION TO CLAIM AND DEADLINE TO REQUEST HEARING DATE

_TIMOTHY M. ZABIELSKI_____ **filed an objection to the proof of claim you filed in this bankruptcy case.**

     **NOTICE:** **Your claim may be reduced, modified, or eliminated.** **You should read this notice and the objection carefully and discuss them with your attorney, if you have one.**

     If you do not want the court to enter an order affecting your claim, then on or before _September 21 2024_____, (30 days from the date of service), you or your lawyer must file a request for hearing or a written response to the objection explaining your position.

     Those not permitted to file electronically must deliver any request for hearing or response by U.S. mail, courier, overnight/express mail, or in person at:

(Select the appropriate address)

[✔] 274 Max Rosenn U.S. Courthouse      [ ] Sylvia H. Rambo U.S. Courthouse
197 South Main Street      1501 N. 6th Street 3rd floor
Wilkes-Barre, PA 18701      Harrisburg, PA 17102

     If you mail your request for hearing or response to the court, you must mail it early enough so the court will receive on or before the date stated above.

You must also send a copy of your request for hearing or response to:

David J. Harris, Esquire
67-69 Public Square
Suite 700
Wilkes-Barre, PA 18701
_____

(Movant's attorney's name and address)

_____

(Names and addresses of others to be served)

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.**

David J. Harris, Esquire
_____
Attorney for Objector

_____
(Address)

67-69 Public Square, Ste. 700
_____
Wilkes-Barre, PA 18701

(Phone)
(570) 823-9400
_____

(Facsimile)
(570) 208-1400
_____

(Email)
dh@lawofficeofdavidharris.com
_____

(Attorney ID No.)

Date of Notice: 08/22/2024 _____

B. Santander attached to its Proof of Claim a Motor Vehicle Installment Sale Contract dated November 9, 2011 for the Debtor's purchase of a 2010 Chevrolet Cobalt LT.

C. Attached to its Proof of Claim, Santander itemizes how it arrived at its claim of $8,314.04 and stated that it incurred "Repo Fees" and other fees related to a purported repossession.

D. Presumably, Santander is asserting that it incurred "Repo Fees" and other fees due its repossession of the 2010 Chevrolet Cobalt LT.

E. Contrary to Santander's, the 2010 Chevrolet Cobalt LT was never repossessed.

F. Instead, on September 12, 2015, the Debtor traded the 2010 Chevrolet Cobalt LT mentioned above for a 2012 Nissan Rogue, which effectively paid off the remaining obligation on the 2010 Chevrolet Cobalt LT.

G. At no time was the 2012 Nissan Rogue repossessed.

WHEREFORE, for these reasons, the Debtor respectfully objects to Santander's Proof of Claim and that Santander's claim should be abated in its entirety.

RESPECTFULLY SUBMITTED

Dated: August 22, 2024                    By:    /s/ David J. Harris_____
Wilkes-Barre, Pennsylvania                      DAVID J. HARRIS, ESQUIRE