FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIMOTHY M. ZABIELSKI, | : | Case No.: 5:19-bk-00498 |
| | : | Chapter 13 |
| Debtor | : | |

___

| | | |
|---|---|---|
| TIMOTHY M. ZABIELSKI | : | |
| | : | |
| Objector | : | |
| v. | : | |
| | : | |
| SANTANDER CONSUMER USA, INC. | : | |
| | : | |
| | : | |
| Claimant | : | |

___

**ORDER**

Upon consideration of the Objection of the Debtor to the Proof of Claim filed by Santander Consumer USA, Inc., docketed as Claim #2 in the captioned bankruptcy case, and no response to the Objection having been filed, it is hereby

ORDERED and DECREED that the claim of Santander Consumer USA, Inc., docketed as Claim #2 in the captioned bankruptcy case is hereby disallowed.