**DAVID J. HARRIS, ESQUIRE**
**ATTORNEY FOR DEBTOR**
**PA S. Ct. No.: 48558**
**FL Bar No.: 0451207**

**67-69 Public Square, Suite 700**
**Wilkes-Barre, PA 18701**
**Telephone: (570) 823-9400**
**Facsimile: (570) 208-1400**
**E-Mail:   dh@lawofficeofdavidharris.com**

___

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| TIMOTHY M. ZABIELSKI, | : | Case No.: 5:19-bk-00498 |
| | : | Chapter 13 |
| Debtor | : | |

___

| | | |
|---|---|---|
| TIMOTHY M. ZABIELSKI | : | |
| | : | |
| Objector | : | |
| v. | : | |
| | : | |
| SANTANDER CONSUMER USA, INC. | : | |
| | : | |
| | : | |
| Claimant | : | |

___

## CERTIFICATE OF NO OBJECTION
___

I, David J. Harris, Esquire, certify as follows:

i. I am, and at all times hereinafter mentioned was, more than 18 years of age;

ii. On August 22, 2024, I filed an Objection to the Claim of Santander Consumer USA, Inc.("Santander") on behalf of the Debtor, such claim being designated as claim #2 on the docket of the captioned case ("Objection to Claim");

iii. On that same date, I served the Objection and a notice ("Notice") of the Objection to Claim upon the representative of Santander Consumer USA, Inc. identified on the Proof of Claim filed by Santander at the address set forth thereon;

      iv.      An amended Certificate of Service was filed on that date certifying the service of the Objection and Notice as such;

      v.      The Notice designated a response deadline date of September 21, 2024, which would fall on a Saturday and therefore creating a deadline of September 23, 2024 under applicable Federal Rules of Civil Procedure;

      vi.      As of today, September 24, 2024, I have received no answer, objection or response to the Objection of Claim, nor has one been filed with the Court and therefore the deadline for doing so has passed; and

      vii.      A proposed Order was filed with the Court on August 22, 2024 for the Court's execution.

I certify under penalty of perjury that the forgoing is true and correct.

Dated: September 24, 2024                      */s/* David J. Harris
                                                      DAVID J. HARRIS, ESQUIRE