United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                    Case No. 19-00498-MJC

Timothy M. Zabielski                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 29, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5164691 | + Email/Text: enotifications@santanderconsumerusa.com | Sep 27 2024 18:39:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2024           Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 27, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David J. Harris | on behalf of Debtor 1 Timothy M. Zabielski dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

Marisa Myers Cohen

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com

Michelle McGowan

on behalf of Creditor WELLS FARGO BANK  N.A. mimcgowan@raslg.com

Thomas Song

on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | Case No.:  5:19-bk-00498-MJC |
|  | : | Chapter 13 |
| TIMOTHY M. ZABIELSKI, | : |  |
|  | : |  |
| Debtor | : |  |
|  | : |  |
| TIMOTHY M. ZABIELSKI | : |  |
|  | : |  |
| Objector | : |  |
| v. | : |  |
|  | : |  |
| SANTANDER CONSUMER USA, INC. | : |  |
|  | : |  |
| Claimant | : |  |
|  | : |  |

## ORDER

Upon consideration of the Objection of the Debtor to the Proof of Claim filed by Santander Consumer USA, Inc., docketed as Claim #2 in the above-captioned bankruptcy case, Dkt. #58 ("Objection"), and no response to the Objection having been filed, it is hereby

**ORDERED** and **DECREED** that the Objection is **SUSTAINED** and the claim of Santander Consumer USA, Inc., docketed as Claim #2 in the captioned bankruptcy case is hereby disallowed.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 26, 2024