# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Timothy M. Zabielski aka Timothy Michael Zabielski<br>                                Debtor(s)<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, or its Successor or Assignee<br>                                Movant<br><br>                          vs.<br><br>Timothy M. Zabielski aka Timothy Michael Zabielski<br>Jack N Zaharopoulos<br>                                Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:19-bk-00498-MJC |

## PRAECIPE TO WITHDRAW THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F'S NOTICE OF MORTGAGE PAYMENT CHANGE

TO THE CLERK OF BANKRUPTCY COURT:

      Kindly withdraw THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F's Notice of Mortgage Payment Change filed on 10/01/2025, without prejudice. The Notice of Payment Change is being withdrawn due to service not being timely provided. Any difference in payment amount for payments due prior to expiration of the 21 day notice period will be waived

or applied to the principal balance, as applicable.

        /s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Timothy M. Zabielski aka Timothy Michael Zabielski<br>       Debtor(s)<br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, or its Successor or Assignee<br>       Movant<br>    vs.<br>Timothy M. Zabielski aka Timothy Michael Zabielski<br>Jack N Zaharopoulos<br>       Respondent(s) | Chapter 13<br><br>Bankruptcy No. 5:19-bk-00498-MJC |

## CERTIFICATION OF SERVICE

I, Andrew M. Lubin, attorney for the Movant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, hereby certify that I served a true and correct copy of the Praecipe to Withdraw THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F's Notice of Mortgage Payment Change filed on 10/01/2025, without prejudice.by United States Mail, first class,

postage prepaid, and/or electronic means, upon the following:

Date of Service: 12/08/2025

| | |
|---|---|
| Timothy M. Zabielski aka Timothy Michael Zabielski<br>106 McLean St<br>Dupont, PA 18641-1323<br>Via United States Mail | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 |
| David J. Harris<br>69 Public Square, Suite 700<br>Wilkes-Barre, PA 18701<br>Via United States Mail | United States Trustee<br>US Courthouse<br>1501 N. 6th St<br>Harrisburg, PA 17102<br>Via United States Mail |

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F
1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com