Fill in this information to identify the case:

Debtor 1 TIMOTHY M. ZABIELSKI

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: MIDDLE District of PA
(State)

Case number 19-00498

Official Form 410C13-N

# Trustee's Notice of Disbursements Made 12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

| **Part 1:** | **Mortgage Information** |
| --- | --- |

**Name of claim holder:** BANK OF AMERICA

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 1 8

**Property address:** 106 MCLEAN ST
Number    Street

DUPONT, PA 18641-1323
City          State    ZIP Code

| **Part 2:** | **Statement of Completion** |
| --- | --- |

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

| **Part 3:** | **Arrearages** |
| --- | --- |

| | **Amount** |
| --- | --- |
| a. Allowed amount of prepetition arrearage: | $ 8,874.34 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 8,874.34 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 8,874.34 |

Case 5:19-bk-00498-MJC    Doc 72    Filed 04/22/26    Entered 04/22/26 12:51:53    Desc
Main Document      Page 1 of 4

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:                    $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:                    $ _____

**Part 6:**   **A Response Is Required by Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✖ /s/Donna Schott, Funds Manager                    Date   4 / 22 / 2026
Signature

Trustee      Jack                    N                    Zaharopoulos
First Name                    Middle Name                    Last Name

Address      8125 Adams Drive, Suite A
Number                    Street

Hummelstown                    PA                    17036
City                    State      ZIP Code

Contact phone  ( 717 ) 566 – 6097                    Email  info@pamd13trustee.com

# Disbursements for Claim

BANK OF AMERICA
PO BOX 660933

DALLAS, TX  75266-0933

Acct No: 1218/PRE ARREARS/106 MCLI

Sequence:  13
Modify:
Filed Date:  4/10/2019  12:00:00AM
Hold Code:

| | | | Debt: | $8,874.34 | Interest Paid: | $0.00 |
|---|---|---|---|---|---|---|
| Amt Sched: | | $30,353.25 | | | Accrued Int: | $0.00 |
| Amt Due: | $0.00 | | Paid: | $8,874.34 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5210** | **BANK OF AMERICA** | | | | | | | |
| 521-0 | BANK OF AMERICA | | 03/17/2026 | 2056870 | $169.20 | $0.00 | $169.20 | 03/31/2026 |
| 521-0 | BANK OF AMERICA | | 01/21/2026 | 2054989 | $182.27 | $0.00 | $182.27 | 02/03/2026 |
| 521-0 | BANK OF AMERICA | | 12/17/2025 | 2054073 | $182.28 | $0.00 | $182.28 | 12/24/2025 |
| 521-0 | BANK OF AMERICA | | 11/19/2025 | 2053055 | $364.55 | $0.00 | $364.55 | 11/28/2025 |
| 521-0 | BANK OF AMERICA | | 10/10/2025 | 2052134 | $190.99 | $0.00 | $190.99 | 10/17/2025 |
| 521-0 | BANK OF AMERICA | | 08/18/2025 | 2050247 | $191.00 | $0.00 | $191.00 | 08/22/2025 |
| 521-0 | BANK OF AMERICA | | 07/22/2025 | 2049239 | $190.99 | $0.00 | $190.99 | 07/28/2025 |
| 521-0 | BANK OF AMERICA | | 06/17/2025 | 2048255 | $182.27 | $0.00 | $182.27 | 06/24/2025 |
| 521-0 | BANK OF AMERICA | | 05/14/2025 | 2047298 | $182.28 | $0.00 | $182.28 | 05/21/2025 |
| 521-0 | BANK OF AMERICA | | 04/14/2025 | 2046401 | $182.27 | $0.00 | $182.27 | 04/18/2025 |
| 521-0 | BANK OF AMERICA | | 03/18/2025 | 2045490 | $182.28 | $0.00 | $182.28 | 03/25/2025 |
| 521-0 | BANK OF AMERICA | | 02/19/2025 | 2044530 | $182.27 | $0.00 | $182.27 | 02/28/2025 |
| 521-0 | BANK OF AMERICA | | 01/15/2025 | 2043581 | $182.28 | $0.00 | $182.28 | 01/23/2025 |
| 521-0 | BANK OF AMERICA | | 12/17/2024 | 2042631 | $182.27 | $0.00 | $182.27 | 01/03/2025 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|-------|------|------|------|---------|-----------|---------------------|-------|------------|
| 521-0 | BANK OF AMERICA | | 11/19/2024 | 2041733 | $182.28 | $0.00 | $182.28 | 11/29/2024 |
| 521-0 | BANK OF AMERICA | | 10/23/2024 | 2040692 | $182.27 | $0.00 | $182.27 | 10/31/2024 |
| 521-0 | BANK OF AMERICA | | 09/17/2024 | 2039679 | $182.28 | $0.00 | $182.28 | 09/24/2024 |
| 521-0 | BANK OF AMERICA | | 08/07/2024 | 2038750 | $364.55 | $0.00 | $364.55 | 08/14/2024 |
| 521-0 | BANK OF AMERICA | | 06/18/2024 | 2037039 | $729.10 | $0.00 | $729.10 | 06/26/2024 |
| 521-0 | BANK OF AMERICA | | 03/14/2024 | 2034114 | $694.47 | $0.00 | $694.47 | 03/25/2024 |
| 521-0 | BANK OF AMERICA | | 11/15/2023 | 2030387 | $694.47 | $0.00 | $694.47 | 11/22/2023 |
| 521-0 | BANK OF AMERICA | | 07/11/2023 | 2026469 | $923.44 | $0.00 | $923.44 | 07/20/2023 |
| 521-0 | BANK OF AMERICA | | 12/13/2022 | 2019556 | $184.26 | $0.00 | $184.26 | 12/19/2022 |
| 521-0 | BANK OF AMERICA | | 11/16/2022 | 2018579 | $184.26 | $0.00 | $184.26 | 12/07/2022 |
| 521-0 | BANK OF AMERICA | | 09/13/2022 | 2016500 | $194.36 | $0.00 | $194.36 | 09/20/2022 |
| 521-0 | BANK OF AMERICA | | 08/17/2022 | 2015415 | $194.36 | $0.00 | $194.36 | 08/24/2022 |
| 521-0 | BANK OF AMERICA | | 07/13/2022 | 2014392 | $180.89 | $0.00 | $180.89 | 07/21/2022 |
| 521-0 | BANK OF AMERICA | | 06/14/2022 | 2013436 | $180.88 | $0.00 | $180.88 | 06/23/2022 |
| 521-0 | BANK OF AMERICA | | 05/17/2022 | 2012352 | $180.89 | $0.00 | $180.89 | 05/24/2022 |
| 521-0 | BANK OF AMERICA | | 04/12/2022 | 2011309 | $180.89 | $0.00 | $180.89 | 04/19/2022 |
| 521-0 | BANK OF AMERICA | | 03/16/2022 | 2010282 | $361.78 | $0.00 | $361.78 | 03/22/2022 |
| 521-0 | BANK OF AMERICA | | 01/19/2022 | 2008308 | $180.89 | $0.00 | $180.89 | 01/26/2022 |
| 521-0 | BANK OF AMERICA | | 12/15/2021 | 2007287 | $150.82 | $0.00 | $150.82 | 12/21/2021 |

|  |  | **Sub-totals:** | **$8,874.34** | **$0.00** | **$8,874.34** | |

|  |  | **Grand Total:** | **$8,874.34** | **$0.00** | | |