Fill in this information to identify the case:

Debtor 1    TIMOTHY M. ZABIELSKI

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE   District of   PA
(State)

Case number   19-00498

## Official Form 410C13-N

# Trustee's Notice of Disbursements Made     12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

### Part 1:   Mortgage Information

**Name of claim holder:**   MR. COOPER

**Court claim no.** (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account:    3   3   3   1

**Property address:**     106 MCLEAN ST
Number     Street

DUPONT,       PA    18641-1323
City        State    ZIP Code

### Part 2:   Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

### Part 3:   Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 83.97 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 83.97 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. Total amount of arrearages disbursed by the trustee: | $ 83.97 |

Case 5:19-bk-00498-MJC    Doc 73    Filed 04/22/26    Entered 04/22/26 13:05:08    Desc
Main Document     Page 1 of 3

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:   $ _____

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on
_____.  All subsequent ongoing mortgage payments must be made directly by the debtor
to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee:   $ _____

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager                    Date   4 / 22 / 2026
   Signature

Trustee    Jack              N          Zaharopoulos
           First Name        Middle Name    Last Name

Address    8125 Adams Drive, Suite A
           Number            Street

           Hummelstown                PA        17036
           City                       State     ZIP Code

Contact phone  ( 717 ) 566 – 6097          Email  info@pamd13trustee.com

Case 5:19-bk-00498-MJC   Doc 73   Filed 04/22/26   Entered 04/22/26 13:05:08   Desc
Main Document     Page 2 of 3

# Disbursements for Claim

**Case: 19-00498**     **TIMOTHY M. ZABIELSKI**

**MR COOPER**
P.O. BOX 619094

DALLAS, TX   75261-9741

Acct No: 3331/PRE ARREARS/106 MCLI

Sequence:  13
Modify:
Filed Date:  2/27/2019  12:00:00AM
Hold Code:

| | Debt: | $83.97 | Interest Paid: | $0.00 |
|---|---|---|---|---|
| Amt Sched:     $44,144.01 | | | Accrued Int: | $0.00 |
| Amt Due:     $0.00 | Paid: | $83.97 | Balance Due: | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **MR COOPER** | | | | | | | |
| 520-0 | MR COOPER | | 03/17/2026 | 2057300 | $15.65 | $0.00 | $15.65 | 03/27/2026 |
| 520-0 | WELLS FARGO | | 05/14/2025 | 9020557 | $15.52 | $0.00 | $15.52 | 05/14/2025 |
| 520-0 | WELLS FARGO | | 08/07/2024 | 9019059 | $16.92 | $0.00 | $16.92 | 08/07/2024 |
| 520-0 | WELLS FARGO | | 11/15/2023 | 9017534 | $20.63 | $0.00 | $20.63 | 11/15/2023 |
| 520-0 | WELLS FARGO | | 08/17/2022 | 9014611 | $15.25 | $0.00 | $15.25 | 08/18/2022 |
| | | | | Sub-totals: | $83.97 | $0.00 | $83.97 | |
| | | | | Grand Total: | $83.97 | $0.00 | | |