**Fill in this information to identify the case:**

Debtor 1 _____Timothy M Zabielski___ aka Timothy Michael Zabielski_____

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: ___Middle_____ District of __Pennsylvania__
(State)

Case number ___19-00498_____

## Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served. Rule 3002.1(g)(3).

### Part 1: Mortgage Information

| | |
|---|---|
| **Name of claim holder:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F | **Court claim no.** (if known): 6 |

**Last 4 digits** of any number you use to identify the debtor's account: 1 2 1 8

**Property address:** 106 MCLEAN ST
Number     Street

DUPONT          PA      18641-1323
City            State   ZIP Code

### Part 2: Arrearages

The total amount received to cure any arrearages as of the date of this response: $ 8,874.34 _____.

*Check all that apply:*

☑ The amount required to cure any prepetition arrearage has been paid in full.

☐ The amount required to cure the prepetition arrearage has not been paid in full. Amount of prepetition arrearage remaining unpaid as of the date of this response: $ _____.

☑ The amount required to cure any postpetition arrearage has been paid in full.

☐ The amount required to cure the postpetition arrearage has not been paid in full. Amount of postpetition arrearage remaining unpaid as of the date of this response: $ _____.

## Part 3: Postpetition Payments

(a) *Check all that apply:*

☑ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____/_____/_____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

   i. Date last payment was received on the mortgage: 05 / 04 / 2026

   ii. Date next postpetition payment from the debtor is due: 05 / 25 / 2026

   iii. Amount of the next postpetition payment that is due: $ 232.65

   iv. Unpaid principal balance of the loan: $ 8,031.25

   v. Additional amounts due for any deferred or accrued interest: $ 114.21

   vi. Balance of the escrow account: $ 0.00

   vii. Balance of unapplied funds or funds held in a suspense account: $ 0.00

   viii. Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: $ 0.00

## Part 4: Itemized Payment History

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:19-bk-00498-MJC    Doc 74    Filed 05/12/26    Entered 05/12/26 09:05:06    Desc
Main Document     Page 2 of 8

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

05/12/26

✗ /s/ Andrew M. Lubin

_____ Date ____/____/_____

Signature

Name Andrew M. Lubin

First name        Middle name        Last name

Title Attorney for creditor

Company McCabe, Weisberg & Conway, LLC

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address 1420 Walnut St. Suite 1105

Number        Street

Philadelphia, PA 19102

City        State        ZIP Code

ecfmail@mccabeesq.com

Contact phone (215) 790-1010        Email _____

Case 5:19-bk-00498-MJC    Doc 74    Filed 05/12/26    Entered 05/12/26 09:05:06    Desc
Main Document        Page 3 of 8



PO Box 31785
Tampa, FL 33631-3785

<span style="color:red">Payoff Statement</span>



**From:** Bank of America, N. A.
**To:** JESSICA NAGY
MCCABE WEISBERG & CONWAY LLC
**Fax Number:** 312-452-3840

**Property address**
106 MCLEAN ST
DUPONT, PA 18641-1323

**Date**
May 07, 2026

This Payoff Statement is good to - 05/22/2026.

**OUR RECORDS INDICATE THAT THIS ACCOUNT IS SUBJECT TO A BANKRUPTCY CASE OR ONE OR MORE BORROWERS RECEIVED A DISCHARGE OF THEIR PERSONAL OBLIGATION TO REPAY THE DEBT ASSOCIATED WITH THIS LOAN. THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT, AN ATTEMPT TO COLLECT A DEBT, A REQUEST ON AN OBLIGATION, AN ATTEMPT TO IMPOSE PERSONAL LIABILITY UPON YOU FOR A DISCHARGED DEBT, OR AN ATTEMPT TO MODIFY ANY BANKRUPTCY PLAN OR DISCHARGE ORDER.**

Here's the Payoff Statement for account numbeease keep in mind this is good through 05/22/2026.

This loan is in Bankruptcy.

## How we calculated the payoff amount

| | |
|---|---|
| Principal Balance as of 05/07/2026 | $8,031.25 |
| Interest | $114.21 |
| County Recording Fee | $84.75 |
| Subtotal | $8,230.21 |
| **Total Amount Due** | **$8,230.21** |

## How did we calculate the interest for the payoff amount?

For a full month payment period, we calculate interest on a monthly basis, using 30/360 of annual interest, regardless of the actual number of days in the month. For partial months, we calculate interest daily based on a 360, 365 or 366-day year.

The daily/monthly interest amount, as applicable, is $2.26[1].

Keep in mind, if the loan has an adjustable rate, there may be more than one interest rate in effect during the period of this payoff statement.

[1]Daily Interest = Average Daily Principal Balance x Interest Rate ÷ 365 or 366 dependent upon a leap year.

**If the amount owed reflects $0.00 and you would like to have the account closed, please contact customer service at 800.669.6607, Monday through Friday, 8 a.m. to 9 p.m. Eastern to ensure the account is closed.**

## How to send us the payoff

If you have a Bank of America, N. A. checking or savings account with sufficient funds, you may submit an immediate payoff to your Mortgage or HELOC in Mobile and Online Banking the same day you request a payoff quote. Go to Account Details and select Request Payoff or Paydown.

OR

Subject to applicable State and Federal law requirements, this is an attempt to collect a debt and any information obtained will be used for that purpose.  If you are currently in a bankruptcy proceeding or have previously obtained a discharge of this debt under bankruptcy law, this notice is for informational purposes only and is not an attempt to collect a debt, a demand for payment or an attempt to impose personal liability for a discharged debt.

Automated Payoff Request Line: 800.669.5833, Fax: 888.836.8714.

**Nota:** Si necesita la información incluida en el estado de cuenta de liquidación final traducida al Español, por favor comuníquese con nuestro Departamento de Servicio al Cliente al 800.295.0025.

1778182228103986a1

Please send wire or certified funds made payable to Bank of America, N. A.

| Send Wire Funds to: | Mail Checks to: |
| --- | --- |
| ████████████, N. A. ████████████████████ Please reference Loan Number: 112071218 Please include the customer name and property address. | Bank of America, N. A. Attention: Mail Stop TX1-160-06-37 1950 N Stemmons Fwy, Suite 6020, Dallas InfoMart Dallas, ████ ██████████████████████ ████████████████████████████████ddress. |

Payoff funds received will be posted within 5 business days. Posting of payoff funds will use the date funds were received (also known as the effective date) by Bank of America, N. A.

- If payoff funds are submitted by wire Bank of America, N. A. is dependent on the Federal Reserve Bank. Please send wires according to the hours of operation for the Federal Reserve Bank. Once funds are received by Bank of America, N. A. the loan will be paid off with the date received.
- A charge of $45.00 will be deducted from the remittance amount if wired funds are returned.
- At this time, Bank of America, N. A. cannot receive automatic payments intended for payoff. If electronic funds such as ACH are received, the funds will be returned to the remitter.

## What you need to know about the Payoff

This is a Payoff statement issued to customers who intend to pay off and close their account. If we receive sufficient funds to pay off the line of credit, we'll close the account unless you contact our Customer Service Department at 800.669.6607 advising us otherwise. We strongly suggest that any remaining home equity checks or access cards be destroyed, to avoid any unauthorized usage or confusion concerning the closing of this account.

## Things to keep in mind when making the payoff

What if the customer is enrolled in automatic payments?

- Because of timing, the automatic payment might go through in addition to the payoff transaction. If this happens, don't worry, we'll send the automatic payment back to the customer within 20 business days.
- If the account is enrolled in our automatic payment plan (PayPlan), we will automatically remove the account from PayPlan once we process the payoff. If you think the timing of the automatic payments and the payoff are too close together, you can call us at 800.669.6607, at least 5 days before the scheduled draft date and we can cancel the automatic payments plan before we receive the payoff.
- If the account is enrolled in an automatic payment service through another financial institution, it's a good idea to contact them to cancel the service before the loan is paid off.

If your mailing address is changing, please call us at 800.669.6607, Monday through Friday, 8 a.m. to 9 p.m. Eastern to update the mailing address before December 20th. This will ensure that the 1098 Year End Statement is mailed to the correct address.  If less than $600.00 dollars was paid in interest, a 1098 Year End Statement will not be mailed.

What if the payoff doesn't go as planned?

- The payment due date is 05/25/2026.  Payments should continue to be made to avoid fees and keep the account current.
- If the payoff funds aren't enough to pay the loan in full, we may return them, which could cause additional interest to accrue as well as a delay in the release of the lien.

What helps make the payoff go through smoothly?

- Make sure to list the Bank of America, N. A. account number, property address and borrower's name in the Originator Beneficiary Information field of the wire transfer or on the front of the check.
- If this payoff is a CEMA/Co-Op loan, please remit payoff as a wire to avoid delays.

What could make the payoff amount change?

- If a payment was recently made to the account and has not been applied yet, please don't place a stop payment on it.
- If a payment is returned unpaid by the customer's bank, the payment will be reversed. If replacement funds aren't received, a late fee will be applied to the account. If the loan is paid off before the return is received, this will be collected after the payoff, with possible loan reinstatement.
- If the servicing of the loan was transferred to us, we may adjust the balance to include payments to or from the previous lender.
- If they're due, we may pay taxes, insurance, or other escrow items with the escrow account funds.
- Outstanding additional fees and costs relating to collection, foreclosure, bankruptcy, or other default-related services on the loan.
- Subsequent draws or cash advances posted after 05/07/2026.
- Change in the Prime Index Rate after 05/07/2026.

Payoff overages
- If Bank of America, N. A. receives funds greater than the amount required to pay off the account: We'll automatically send the overage to the borrower(s) at the mailing address on our system within 20 business days of payoff posting.

These figures are subject to final verification upon receipt of funds by Bank of America, N. A.. We reserve the right to adjust these figures and refuse any funds that are insufficient to pay the account in full for any reason, including but not limited to error in calculations of amount owed, previously dishonored checks or money orders, interest accruals, subsequent advances, intra-day advances, insurance, fees or additional disbursements made by Bank of America, N. A. between the date of preparation of this payoff demand statement and the receipt of funds.

## Bankruptcy discharge

If you have received a discharge of this debt in a bankruptcy, you have no personal obligation to repay this debt. However, the lender may still foreclose on your property if the debt is not paid as required by the loan documents. This payoff statement is provided at your request and for your convenience. This is not an attempt to collect a debt that has been discharged, nor a demand for payment.

## Active bankruptcy

According to our records, this loan is currently in Bankruptcy. While this loan is in Bankruptcy, we will not impose the termination fee permitted under the loan documents. If the loan is paid off after receiving the discharge, or the Bankruptcy case is dismissed or otherwise terminated, the loan may be subject to a termination fee. The amount of any termination fees would be in addition to the payoff amount shown on this statement.

## We're here to help

If you have any questions, please call us at 800.669.6607, Monday through Friday, 8 a.m. to 9 p.m. Eastern.

## Thank you for being our client.

| | |
|---|---|
| In re:  Timothy M. Zabielski aka Timothy Michael Zabielski | Chapter 13 |
| Debtor(s) | |
| ENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, or its Successor or Assignee | Bankruptcy No. 19-00498 |
| Movant | |
| vs. | |
| Timothy M. Zabielski aka Timothy Michael Zabielski | |
| Jack N Zaharopoulos | |
| Respondent(s) | |

## CERTIFICATION OF SERVICE OF RESPONSE TO TRUSTEE'S NOTICE OF DISBURSEMENTS MADE

I, Andrew M. Lubin, attorney for ENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME EQUITY LOAN TRUST, SERIES 2005-F, hereby certify that I served a true and correct copy of the foregoing Response to Trustee's Notice of Disbursements Made, by United States Mail, first class, postage prepaid, and/or electronic means, upon the following:

Date Served: 05/12/26

| | | |
|---|---|---|
| Timothy M. Zabielski aka Timothy Michael Zabielski 106 McLean St Dupont, PA 18641-1323 Debtor | David J. Harris 69 Public Square, Suite 700 Wilkes-Barre, PA 18701 Attorney for Debtor | Jack N Zaharopoulos Standing Chapter 13 (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036 Trustee |
| United States Trustee US Courthouse 1501 N. 6th St Harrisburg, PA 17102 | | |

/s/ Andrew M. Lubin
MARISA MYERS COHEN, ESQUIRE ID #87830
ANDREW M. LUBIN, ESQUIRE ID # 54297
Attorney for ENTURE TRUSTEE ON BEHALF OF THE
NOTEHOLDERS OF THE CWHEQ INC., CWHEQ
REVOLVING HOME EQUITY LOAN TRUST, SERIES
2005-F

1420 Walnut Street, Suite 1105
Philadelphia, PA 19102
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mccabeesq.com