**Fill in this information to identify the case:**

Debtor 1     Timothy M. Zabielski aka Timothy Michael Zabielski

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Middle          District of  Pennsylvania
                                                                        (State)

Case number    5:19-bk-00498-MJC

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made

**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

### Part 1:  Mortgage Information

Court claim no.  (if known):
3

**Name of claim holder:**     Rocket Mortgage, LLC

**Last 4 digits** of any number you use to identify the debtor's account:     ******3331

**Property address:**     106 Mclean St
                          Number      Street

                          Dupont                    PA          18641
                          City                      State      ZIP Code

### Part 2:  Arrearages

The total amount received to cure any arrearages as of the date of this response:     $                83.97   .

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:     $                   .

☐  The amount required to cure any postpetition arrearage has been paid in full.

☐  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:     $                   .

Case 5:19-bk-00498-MJC    Doc 75    Filed 05/13/26    Entered 05/13/26 16:35:16    Desc
Main Document        Page 1 of 5

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: _____.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 05/04/2026 |
| ii. | Date next postpetition payment from the debtor is due: | 06/01/2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 422.49 |
| iv. | Unpaid principal balance of the loan: | $ 29,830.81 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 66.00 |
| vi. | Balance of the escrow account: | $ 1,413.18 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 75.42 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

**Part 4**     **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 5:19-bk-00498-MJC    Doc 75    Filed 05/13/26    Entered 05/13/26 16:35:16    Desc
Main Document     Page 2 of 5

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ */s/ Shawn Miller*  Date 5/13/2026
Signature

Name  Shawn Miller
First name        Middle name        Last name

Title  Agent for Creditor

Company  Aldridge Pite, LLP
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  Six Piedmont Center, 3525 Piedmont Road, N.E., Suite 700
Number        Street

Atlanta        GA        30305
City        State        ZIP Code

Contact phone  (404 ) 994-7400        Email shawnmiller@aldridgepite.com

Case 5:19-bk-00498-MJC    Doc 75    Filed 05/13/26    Entered 05/13/26 16:35:16    Desc
Main Document      Page 3 of 5

```
                    ===================================================                    5/08/26
                              Payoff Quote Include/Omit Items                              10:13:18
                    ===================================================                       ADD
                    PO Dt   5/20/26      Int Paid To    5/01/26
                    Sub Code     00      Next Due Dt    6/01/26      Int Rate        4.250
Prin Bal         29,830.81              Per Diem Int                3.47      Int Calcs       66.00
Optional Items to I-Include or O-Omit:                                        Plan Number     00001
 I   Escrow Balance          1,413.18        O   Total Late Charges                      .00
     Interest on Escrow           .00        I   Total NSF Charges                       .00
 I   Escrow Advance               .00        O   Optional Ins Payment                    .00
 I   Misc Suspense Bal          75.42        O   Prepayment Penalty                      .00
 I   Forbearance Bal              .00        O   Mortgage Ins Premium                    .00
 O   Subsidy                      .00        O   Other Fees Due                          .00
 O   Hazard Suspense Bal          .00        O   Rebate Points Financed            0000000
     Int on Hazard Loss           .00        I   Deferred Principal                      .00
 O   Inv. Advance                 .00        O   Recording Fee                0000000000000
 I   Corp Advance Bal             .00        O   Quote fee                    0000000000000
 O   Corp Expense Bal             .00        O   Oth2   COUNTY RECORDING FEE  0000000008375
 O   Default Int Due              .00        O   Oth1   ANTICIPATED FEE       0000000000000  +
 I   Deferred Int                 .00        O   MBS Liq Difference                    39.65
 O   Prepaid Ins Rebate           .00
 O   Partial Claims               .00
Accept Quote -_Y/N N                                             PO Amt           28,408.21


   F11=Corp Adv   F12=Return   F13=Opt Ins   F14=Corp Expense    F24=More keys
```

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>May 13, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Jack N Zaharopoulos |
| Trustee Address: | Standing Chapter 13 (Trustee) 8125 Adams Drive, Suite A Hummelstown, PA 17036 |
| Trustee Email: | info@pamd13trustee.com |
| Debtor's Counsel Name: | David J. Harris |
| Debtor's Counsel Address: | 69 Public Square, Suite 700 Wilkes-Barre, PA 18701 |
| Debtor's Counsel Email: | dh@lawofficeofdavidharris.com |
| Debtor 1 Name: | Timothy M. Zabielski |
| Debtor's Mailing Address: | 106 McLean St Dupont, PA 18641-1323 |

/s/ Cecilia Metcalf