In re:

Timothy M. Zabielski
    Debtor

Case No. 19-00498-MJC

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Jul 01, 2026 | Form ID: fnldecnd | Total Noticed: 32 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy M. Zabielski, 106 McLean St, Dupont, PA 18641-1323 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| 5158888 | + | Cavalry SPV I, LLC, 520 Fellowship Rd., C306, Appothaker & Associates, PC, Mount Laurel, NJ 08054-3410 |
| 5158891 | | HSBC Bank Nevada USA NA, HSBC Bank Nevada USA NA, 1111 N Town Center Dr, Las Vegas, NV 89144-6364 |
| 5158885 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5158892 | | Moses Taylor, PO Box 88107, Chicago, IL 60680-1107 |
| 5158893 | | Moses Taylor Hospital, PO Box 88107, Chicago, IL 60680-1107 |
| 5158894 | | Phelan Hallinan Diamond And Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5158897 | | Rita M. Tinsley, LCSW, 1141 Clay Ave, Dunmore, PA 18510-1191 |
| 5158884 | | Zabielski Timothy M, 106 McLean St, Dupont, PA 18641-1323 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2026 18:55:49 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 01 2026 18:50:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 01 2026 18:50:00 | Rocket Mortgage, LLC, c/o Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 5181614 | | Email/Text: bnc@atlasacq.com | Jul 01 2026 18:50:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5186210 | | Email/Text: ally@ebn.phinsolutions.com | Jul 01 2026 18:50:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5424262 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 01 2026 18:55:49 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5158886 | | Email/Text: ally@ebn.phinsolutions.com | Jul 01 2026 18:50:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 5158887 | + | Email/Text: anthony.mancuso@bnymellon.com | Jul 01 2026 18:50:00 | Bank Of New York Mellon, 240 Greenwich St, New York, NY 10007-2470 |
| 5159866 | + | Email/Text: bankruptcy@cavps.com | Jul 01 2026 18:51:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5158889 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 01 2026 18:55:29 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 5158890 | | Email/PDF: ais.dtv.ebn@aisinfo.com | Jul 01 2026 18:55:39 | Direct TV, P. O. Box 78626, Phoenix, AZ |

| Recip ID | | Email/Manner | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 85062-8626 |
| 5185059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 18:55:30 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5761523 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2026 18:50:00 | Nationstar Mortgage LLC, Mr. Cooper, PO Box 619096, Dallas, Tx 75261-9741 |
| 5761524 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 01 2026 18:50:00 | Nationstar Mortgage LLC, Mr. Cooper, PO Box 619096, Dallas, Tx 75261-9741, Nationstar Mortgage LLC, Mr. Cooper |
| 5751431 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 01 2026 18:50:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5170592 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 01 2026 18:55:31 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5158895 | | Email/Text: ngisupport@radiusgs.com | Jul 01 2026 18:50:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5158896 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 01 2026 18:51:00 | Receivables Performance Management, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 5164691 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 01 2026 18:51:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5184313 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jul 01 2026 18:50:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 5158898 | | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 01 2026 18:55:39 | Wells Fargo Bank, N.A., PO Box 14411, Des Moines, IA 50306-3411 |
| 5166635 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Jul 01 2026 18:55:28 | Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 5578367 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o, McCabe, Weis |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026　　　　　Signature:　　　　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

**Name**      **Email Address**

Andrew M. Lubin

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME nj-ecfmail@mwc-law.com

Andrew M. Lubin

on behalf of Creditor BANK OF AMERICA N.A. nj-ecfmail@mwc-law.com

David J. Harris

on behalf of Debtor 1 Timothy M. Zabielski dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net

Denise E. Carlon

on behalf of Creditor BANK OF AMERICA N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com

Jack N Zaharopoulos

ecf@pamd13trustee.com

Marisa Myers Cohen

on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com

Matthew K. Fissel

on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. bkgroup@kmllawgroup.com wbecf@brockandscott.com

Michelle McGowan

on behalf of Creditor WELLS FARGO BANK N.A. mimcgowan@raslg.com

Thomas Song

on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. tomysong0@gmail.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy M. Zabielski,
 aka Timothy Michael Zabielski,

**Debtor 1**

Chapter      13

Case No.     5:19−bk−00498−MJC

Social Security No.:
                  xxx−xx−0937

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Jack N Zaharopoulos**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Timothy M. Zabielski** in accordance with §1328 of the Bankruptcy Code.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 1, 2026

**fnldec** (01/22)