Certificate Number: 06531-PAM-DE-041259735

Bankruptcy Case Number: 19-00498



06531-PAM-DE-041259735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 28, 2026, at 5:56 o'clock PM CDT, Timothy M Zabielski completed a course on personal financial management given by telephone by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  July 28, 2026

By:  /s/Kelly Larsen

Name:  Kelly Larsen

Title:  Certified Credit Counselor