Certificate Number: 06531-PAM-DE-041259735

Bankruptcy Case Number: 19-00498



06531-PAM-DE-041259735

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 28, 2026</u>, at <u>5:56</u> o'clock <u>PM CDT</u>, <u>Timothy M Zabielski</u> completed a course on personal financial management given <u>by telephone</u> by <u>Allen Credit and Debt Counseling Agency</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:  <u>July 28, 2026</u>          By:     <u>/s/Kelly Larsen</u>

                                Name:  <u>Kelly Larsen</u>

                                Title:   <u>Certified Credit Counselor</u>