UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                       :
                                             :
TIMOTHY M. ZABIELSKI,                        :        Case No.:  5:19-bk-00498
                                             :        Chapter 13
                Debtor                       :

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)

*Do not file this certificate until you have completed all your plan payments.*
*If a joint petition is filed, each spouse must complete and file a separate certification.*

**Part I. Certification Regarding Domestic Support Obligations (check no more than one)**

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

X        I owed no domestic support obligation when I filed by bankruptcy petition, and I have not been required to pay any such obligation since then.

☐        I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan require me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II. If you check the second box, you must provide the information below.**

My current address is: _____

My current employer and my employer's address: _____

**Part III. Certification Regarding Section 11 U.S.C. §522(q) (check no more than one)**

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

X        I have not claimed an exemption pursuant to 11 U.S.C. §522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds $214,000* in aggregate value.

☐        I have claimed an exemption in property pursuant to §522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. §522 (p)(1), and (2) that exceeds aggregate value allowed in 11 U.S.C. §522(q)(1), as amended.

*Amounts are subject to adjustment on 4/01/2028 and every 3 years thereafter with respect to cases commence on or after the date of adjustment.

**Part IV. Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge information and belief.

DATED: July 30, 2026                BY:   /s/ Timothy M. Zabielski
                                          TIMOTHY M. ZABIELSKI, Debtor