United States Bankruptcy Court

Middle District of Pennsylvania

In re:
Timothy M. Zabielski
    Debtor

Case No. 19-00498-MJC

Chapter 13

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Timothy M. Zabielski, 106 McLean St, Dupont, PA 18641-1323 |
| cr | + | WELLS FARGO BANK, N.A., C/O POWERS KIRN, LLC PENNSYLVANIA OFFICE, 8 NESHAMINY INTERPLEX DRIVE SUITE 215, TREVOSE, PA 19053-6980 |
| 5158888 | + | Cavalry SPV I, LLC, 520 Fellowship Rd., C306, Appothaker & Associates, PC, Mount Laurel, NJ 08054-3410 |
| 5158891 | | HSBC Bank Nevada USA NA, HSBC Bank Nevada USA NA, 1111 N Town Center Dr, Las Vegas, NV 89144-6364 |
| 5158885 | | Law Office of David J Harris, 67-69 Public Sq Ste 700, Wilkes Barre, PA 18701-2515 |
| 5158892 | | Moses Taylor, PO Box 88107, Chicago, IL 60680-1107 |
| 5158893 | | Moses Taylor Hospital, PO Box 88107, Chicago, IL 60680-1107 |
| 5158894 | | Phelan Hallinan Diamond And Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5158897 | | Rita M. Tinsley, LCSW, 1141 Clay Ave, Dunmore, PA 18510-1191 |
| 5158884 | | Zabielski Timothy M, 106 McLean St, Dupont, PA 18641-1323 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jul 31 2026 22:50:00 | Ally Bank, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | EDI: BANKAMER | Jul 31 2026 22:50:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Jul 31 2026 19:03:00 | Rocket Mortgage, LLC, c/o Aldridge Pite, LLP, Six Piedmont Center, 3525 Piedmont Road, N.E. Suite 700, Atlanta, GA 30305, UNITED STATES 30305-1608 |
| 5181614 | | EDI: ATLASACQU | Jul 31 2026 22:50:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5186210 | | EDI: GMACFS.COM | Jul 31 2026 22:50:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 5424262 | + | EDI: AISACG.COM | Jul 31 2026 22:50:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5158886 | | EDI: GMACFS.COM | Jul 31 2026 22:50:00 | Ally Financial, PO Box 9001951, Louisville, KY 40290-1951 |
| 5158887 | + | Email/Text: legalnotices@bny.com | Jul 31 2026 19:03:00 | Bank Of New York Mellon, 240 Greenwich St, New York, NY 10007-2470 |
| 5159866 | + | Email/Text: bankruptcy@cavps.com | Jul 31 2026 19:03:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5158889 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 31 2026 19:09:20 | Credit One Bank, PO Box 60500, City Of Industry, CA 91716-0500 |
| 5158890 | | EDI: DIRECTV.COM | Jul 31 2026 22:50:00 | Direct TV, P. O. Box 78626, Phoenix, AZ |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 85062-8626 |
| 5185059 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 19:09:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5761523 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2026 19:03:00 | Nationstar Mortgage LLC, Mr. Cooper, PO Box 619096, Dallas, Tx 75261-9741 |
| 5761524 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 31 2026 19:03:00 | Nationstar Mortgage LLC, Mr. Cooper, PO Box 619096, Dallas, Tx 75261-9741, Nationstar Mortgage LLC, Mr. Cooper |
| 5751431 | + | Email/Text: ecfbnc@aldridgepite.com | Jul 31 2026 19:03:00 | Nationstar Mortgage LLC, c/o ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 5170592 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 31 2026 19:09:15 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5158895 | | Email/Text: ngisupport@radiusgs.com | Jul 31 2026 19:03:00 | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 5158896 | + | Email/Text: Supportservices@receivablesperformance.com | Jul 31 2026 19:03:00 | Receivables Performance Management, 20816 44th Avenue W, Lynnwood, WA 98036-7744 |
| 5164691 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 31 2026 19:03:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 5184313 | | EDI: BANKAMER | Jul 31 2026 22:50:00 | THE BANK OF NEW YORK MELLON FKA THE BANK, Bank of America, PO BOX 31785, Tampa FL 33631-3785 |
| 5158898 | | EDI: WFHOME | Jul 31 2026 22:50:00 | Wells Fargo Bank, N.A., PO Box 14411, Des Moines, IA 50306-3411 |
| 5166635 | + | EDI: WFHOME | Jul 31 2026 22:50:00 | Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC |
| 5578367 | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, c/o, McCabe, Weis |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

TOTAL: 2 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2026      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor BANK OF AMERICA N.A. nj-ecfmail@mwc-law.com |
| Andrew M. Lubin | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME nj-ecfmail@mwc-law.com |
| David J. Harris | on behalf of Debtor 1 Timothy M. Zabielski dh@lawofficeofdavidharris.com davidharrisesqign@gmail.com;dhesq@outlook.com;LawOfficeofDavidJHarris@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. denise.carlon@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE ON BEHALF OF THE NOTEHOLDERS OF THE CWHEQ INC., CWHEQ REVOLVING HOME ecfmail@mwc-law.com |
| Matthew K. Fissel | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. bkgroup@kmllawgroup.com wbecf@brockandscott.com |
| Michelle McGowan | on behalf of Creditor WELLS FARGO BANK N.A. mimcgowan@raslg.com |
| Thomas Song | on behalf of Creditor THE BANK OF NEW YORK MELLON ET. AL. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

## Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Timothy M. Zabielski** <br> First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–0937 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | **5:19–bk–00498–MJC** | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy M. Zabielski
aka Timothy Michael Zabielski

**By the court:**

7/31/26

Mark J. Conway, United States
Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 5:19-bk-00498-MJC    Doc 88    Filed 08/02/26    Entered 08/03/26 00:29:35    Desc
Imaged Certificate of Notice    Page 6 of 6